**Order filed September 11, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00065-CV

_____

## TODD WOMACK, Appellant

## V.

## EDITH WOMACK, Appellee

**On Appeal from the 32nd District Court**
**Mitchell County, Texas**
**Trial Court Cause No. 16,266**

## O R D E R

Appellant, Todd Womack, filed a notice of appeal from an order in which the trial court granted Edith Womack's motion for summary judgment and dismissed Appellant's claims with prejudice. When the clerk's record was filed in this case, this court questioned the finality of that order and, on May 22, 2014, notified the parties that the order being appealed did not appear to be a final, appealable order because it did not dispose of the claims for affirmative relief asserted by Edith Womack against Appellant. We requested that Appellant file a

response showing grounds to continue this appeal. We subsequently gave Appellant additional time to file a response and, after the second due date, sent a reminder that Appellant's response was past due. Appellant has yet to file a response. However, because we do not believe the order is a final, appealable order, we abate the appeal.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). We determine whether a judgment is a final, appealable judgment based on the language in the judgment and the record of the case. *Lehmann*, 39 S.W.3d at 195. A judgment is final and appealable if it disposes of all parties and all claims in the case. *Id.* The order from which Appellant attempts to appeal does not dispose of the various claims for affirmative relief asserted by Edith Womack against Appellant, nor does the order contain any language indicating that it is final and appealable. Therefore, it is not a final, appealable order.

Consequently, we abate the appeal pursuant to TEX. R. APP. P. 27.2 to permit the trial court to enter a final order or judgment. If a final, appealable order or judgment has not been entered by October 3, 2014, this court may dismiss this appeal. *See* TEX. R. APP. P. 42.3. If a final judgment is entered by that date, the parties are ordered to notify this court immediately.

The appeal is abated.

PER CURIAM

September 11, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.